OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be affirmed, with costs.
 

 In this action for a declaratory judgment it cannot be said that the ordinance of the Town of Babylon is unconstitutional on its face, for it does require consent or a warrant for an administrative search except in emergency situations. The court may not speculate, at this juncture, concerning the possible application of the ordinance in an unconstitutional manner, but we note that an owner’s ability to rent his premises may not be conditioned upon his consent to a warrantless inspection (see
 
 Sokolov v Village of Freeport,
 
 52 NY2d 341).
 

 Chief Judge Cooke and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Meyer concur.
 

 Order affirmed, with costs, in a memorandum.